```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF MINNESOTA
                Civil No. 12-1276(DSD/JSM)
```

Richard Lee Oprenchak, Jr.,

       Plaintiff,

v.                                       **ORDER**

American Family Mutual Insurance
Company and its affiliates and
subsidiaries,

       Defendant.

    Richard Lee Oprenchak, Jr., 10215 32nd Avenue North, Plymouth, MN 55441, pro se.

    David P. Jendrzejek, Esq., Taylor Tarvestad-Sztainer, Esq. and Moss & Barnett, 4800 Wells Fargo Center, 90 South 7th Street, Minneapolis, MN 55402, counsel for defendant.

    This matter is before the court upon the email request by pro se plaintiff Richard Lee Oprenchak, Jr. for an extension of time to file a responsive memorandum. Based on a review of the file, record and proceedings herein, and for the following reasons, the court grants the motion in part.

    On May 30, 2012, Oprenchak filed a revised complaint alleging claims for fraud, breach of contract, negligence, wrongful termination, slander, emotional distress,[1] libel and discrimination. On May 16, 2013, defendant American Family Mutual Insurance Company (American Family) moved for summary judgment, and

---

[1] Oprenchak does not state whether he is alleging a claim for negligent or intentional infliction of emotional distress.

thereafter, on July 12, 2013, filed a memorandum in support of its motion.  On July 24, 2013, Oprenchak submitted an email to the District of Minnesota clerk's office, requesting a thirty day extension - due to unforeseen complications in his health - for the submission of his memorandum in opposition to the motion for summary judgment.  The court finds that a thirty day extension is excessive and grants Oprenchak an additional seven days.

Accordingly, **IT IS HEREBY ORDERED** that:

1.  Plaintiff's memorandum in opposition to the motion for summary judgment shall be filed by August 9, 2013;

2.  Defendant's reply memorandum shall be filed by August 16, 2013; and

3.  Oral argument, currently scheduled for August 23, 2013, at 9:00 am, shall proceed as originally scheduled.

Dated:  July 29, 2013

                                              s/David S. Doty  
                                              David S. Doty, Judge  
                                              United States District Court